**Order entered August 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00869-CR

**ALEXIA REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-33196-R**

## ORDER

Before the Court is court reporter Joseph Phillips August 2, 2018 request for additional time to file the reporter's record. The clerk's record, filed August 2, shows appellant is represented by retained counsel. The clerk's record does not contain a request for or designation of the reporter's record. *See* TEX. R. APP. P. 35.3(b). In light of this, we **ORDER** appellant to file, **WITHIN TEN DAYS** of the date of this order, written verification that she has (1) requested the reporter's record, and (2) paid or made arrangements to pay for the reporter's record or is entitled to proceed without payment of costs. We caution appellant that the failure to do so may result in this appeal being submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

We defer ruling on Mr. Phillips's request until ten days have passed or appellant files the written verification, whichever occurs first.

/s/     CRAIG STODDART
           JUSTICE